AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

---- OFFENSE CHARGED ----

8 U.S.C. § 1324(a)(1)(A)(iii) and (B)(i) – Harboring an Illegal Alien for the Purpose of Private Financial Gain

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
Maximum of 10 years imprisonment; 3 years supervised release; fine of the greater of $250,000, twice the resulting gross gain, or twice the resulting gross loss; forfeiture; and $100 special assessment

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement and Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

JOSEPH P. RUSSONIELLO

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) ANDREW S. HUANG, AUSA

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 26 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- DEFENDANT - U.S. ----

▶ ERIC GWYNN LUNDBERG

DISTRICT COURT NUMBER

**CR09-00661 CW**

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____ Month/Day/Year

DATE OF ARREST ▶ _____ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ _____ Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

---- OFFENSE CHARGED ----

8 U.S.C. § 1324(a)(1)(A)(iii) and (B)(i) – Harboring an Illegal Alien for the Purpose of Private Financial Gain

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Maximum of 10 years imprisonment; 3 years supervised release; fine of the greater of $250,000, twice the resulting gross gain, or twice the resulting gross loss; forfeiture; and $100 special assessment

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 26 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- DEFENDANT - U.S. ----

▶ SUSAN RANDALL LUNDBERG

**DISTRICT COURT NUMBER**

CR 09-00661 CW

---- PROCEEDING ----
Name of Complaintant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement and Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☑ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   **JOSEPH P. RUSSONIELLO**

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  ANDREW S. HUANG, AUSA

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶  Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

**PROCESS:**
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

E-filing

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3                                                              **FILED**
4                                                              JUN 26 2009
5                                                              RICHARD W. WIEKING
                                                               CLERK, U.S. DISTRICT COURT
6                                                              NORTHERN DISTRICT OF CALIFORNIA
                                                               OAKLAND
7
8                      UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                           OAKLAND DIVISION
11  UNITED STATES OF AMERICA,         )   No. CR09-00661 CW
                                      )
12        Plaintiff,                  )   VIOLATION:
                                      )   8 U.S.C. § 1324(a)(1)(A)(iii) and (B)(i) –
13                                    )   Harboring an Illegal Alien for the Purpose of
          v.                          )   Private Financial Gain
14                                    )
    ERIC GWYNN LUNDBERG and           )   OAKLAND VENUE
15  SUSAN RANDALL LUNDBERG,           )
                                      )
16        Defendants.                 )
                                      )
17  _____ )

18                              I N F O R M A T I O N

19  The United States Attorney charges:

20  COUNT ONE: (8 U.S.C. § 1324(a)(1)(A)(iii) and (B)(i) – Harboring an Illegal Alien for Purpose

21  of Private Financial Gain)

22       Beginning on or about June 27, 2005 and continuing to on or about January 29, 2008, in

23  the Northern District of California and elsewhere, the defendants,

24                              ERIC GWYNN LUNDBERG

25                                       and

26                            SUSAN RANDALL LUNDBERG,

27  knowing and in reckless disregard of the fact that alien P.G. had come to, entered, and remained

28  in the United States in violation of law, did conceal, harbor, and shield from detection, and did

INFORMATION

attempt to conceal, harbor, and shield from detection, such alien in buildings and other places, for the purpose of private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) and (B)(i).

DATED: June 26, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

_/s/ Stephen G. Corrigan_
STEPHEN G. CORRIGAN
Acting Chief, Oakland Branch

(Approved as to form: _/s/ Andrew S. Huang_ )
ANDREW S. HUANG
Assistant United States Attorney

INFORMATION