AO 455 (Rev. 01/09) Waiver of an Indictment

**FILED**
AUG 5 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 09-0661 CW |
| Eric Lundberg ) | |
| _____ ) | |
| Defendant ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: August 5, 2009

_____
Defendant's signature

_____
Signature of defendant's attorney

Ted W. Cassman
Printed name of defendant's attorney

8/5/09

_____
Judge's signature

Wayne D. Brazil, U.S. MAGISTRATE JUDGE
Judge's printed name and title