JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone:  (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail:    andrew.huang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-00661 CW |
| --- | --- | --- |
| Plaintiff, | ) | UNITED STATES' SENTENCING MEMORANDUM |
| v. | ) | Hearing Date:  November 18, 2009 |
| ERIC GWYNN LUNDBERG and SUSAN RANDALL LUNDBERG, | ) | Hearing Time:  2:30 p.m. |
| Defendants. | ) | |

On August 5, 2009, defendants Eric Lundberg and Susan Lundberg (collectively, the "Lundbergs") entered guilty pleas to one count of harboring an illegal alien for the purpose of private financial gain, in violation of 18 U.S.C. § 1324(a)(1)(A)(iii) and (B)(1). These pleas were entered pursuant to separate plea agreements with each defendant under Federal Rule of Criminal Procedure 119c)(1)(C). Based on the reasons identified in the Probation Officer's final presentence report ("PSR"), taking into consideration the factors listed under 18 U.S.C. § 3553(a), the government persists in its support of its plea agreements with the defendants and concurs with probation office's recommended sentences of 18 months imprisonment, 3 years supervised release, and a $100 special assessment for Eric Lundberg and 12 months and one day

UNITED STATES' SENTENCING MEMORANDUM
No. CR 09-0661 CW

imprisonment, 3 years supervised release, and a $100 special assessment for Susan Lundberg. As noted below, the defendants should also be jointly and severally liable for $2400 in restitution for the victim.

Though the facts in this case are lurid and and indicative of exploitation, the charges to which the defendants have pleaded guilty and the sentences to which they have agreed are just and appropriate. The government submits that the facts recounted in the defendants' PSRs are supported through witness interviews, including multiple interviews of the victim, and through evidence obtained through a search warrant executed at the defendants' home in 2008. As acknowledged through their stipulated Sentencing Guidelines calculations, the defendants chose to bring and harbor a victim in their home who was particularly vulnerable. Victim PG came from an impoverished area of the Phillippines with a high employment rate and where, as in PG's case, young women often have no choice but to work in the local sex tourism industry to support their family. In stark contrast, the defendants held esteemed postions of societal trust: defendant Susan Lundberg was an elementary school teacher and defendant Eric Lundberg was an attorney and former police officer. In spite of backgrounds that suggest they should have known better, the defendants fraudulently brought PG to this country for the nominal purpose of performing domestic duties in the defendants' home. While PG had advance notice of the defendants' sexually extroverted lifestyle, the defendants took advantage of the situation and quickly and frequently integrated PG into their sexual lifestyle. The government recognizes that there exists considerable dispute as to the frequency these sexual interactions and the degree of pressure placed upon PG. The defendants' actions were undoubtedly exploitative, especially when considered in the context of PG's background and the defendants' stature in the United States. Nevertheless, it is *not* accurate to characterize the defendants' actions as coercing the victim to partake in their sexual activities through force or threats. Furthermore, the defendants, once represented by counsel, quickly took responsibility for their actions. In light of all circumstances, their plea agreements and the stipulated sentences contained therein represent a just resolution of this case.

UNITED STATES' SENTENCING MEMORANDUM
No. CR 09-0661 CW                                              2

As a final point, in light of PG's unrebutted claim that she was not paid $2400 in promised wages, the government submits that a preponderance of evidence supports restitution in this amount. Consistent with her claim, PG told the government in prior interviews that the defendants had promised to pay her $200 per month for her domestic housekeeping duties. Consequently, the defendants should be ordered jointly and severally liable for restitution in the amount of $2400 to be paid to victim PG through remittance to the Clerk of the Court.

For the foregoing reasons, and those identified in the PSR, the government requests that defendant Eric Lundberg be sentenced to 18 months imprisonment, 3 years supervised release, and a $100 special assessment and that defendant Susan Lundberg be sentenced to 12 months and one day imprisonment, 3 years supervised release, and a $100 special assessment for Susan Lundberg. The government further requests that the the defendants be ordered jointly and severally liable for $2400 in restitution for the victim.

DATED: November 13, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/S/_____
ANDREW S. HUANG
Assistant United States Attorney